

**Ghadan Company**
For Marketing, Management and Commerce

Damietta, June 13, 2011                          Agreement of Payment

From: Ahmed Lofty Zakarya
Ahmed Lotfy Zakarya Company
1st Alkafrawy St., New Damietta, Damietta Egypt
Cell: 0020188199166
 dr.ahmed_lotfy@ghadan.org Email:

To: Laurent Goblet
    E.C.O.
    31, Rue Morimont
    5330 Sart-Bernard
Belgium

We, Ahmed Lotfy Zkaraya, with full corporation authority do herby, attest, under penalty of perjury, that:
1- We accept to get paid 314,400 USD to release, the Bs/L mentioned below.
2- Upon receipt of payment of 314,400.00USD, we will hand the third originals of B/L WITH SCAC CODE: LBUL365911030001, B/L WITH SCAC CODE: LBUL365911030002, and B/L WITH SCAC CODE: LBUL365911030003, to Al-Bahraya Agency, and instruct them to send the aforementioned documents to Lauritzen Bulkers USA, and we will instruct Keith Burdette, K.C. Burdette Company, to release lien placed on the rest of the cargo related to B/L WITH SCAC CODE: LBUL365911030001, B/L WITH SCAC CODE: LBUL365911030002, and B/L WITH SCAC CODE: LBUL365911030003.

## Our Bank Details:
Bank Name: CIB
Address: (DAMIETA PORT BRANCH)
122, AL MODERYA D STREET BANDAR DOMIAT, DOMIAT, Egypt
Account No.: 3550306199
Swift Code: **CIBEEGCX035**
Beneficiary Name: Ahmed Lotfy and Partners

Ahmed Lotfy Zakarya
Ahmed Lotfy Zakarya Company
1st Alkafrawy St., New Damietta, Damietta Egypt
Cell: 0020188199166
dr.ahmed_lotfy@ghadan.org

*[signature and Arabic stamp: أحمد]*

EXHIBIT "B"