# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SCOTWOOD INDUSTRIES, INC.

|  |  |
|---|---|
| PLAINTIFF(S), | CASE NO. ____2:11-cv-02542-CM-KGG____ |
| vs. | REGISTRY NO. _____ |

MICHIGAN SALT PRODUCTS, LLC;
E.C.O., S.P.R.L.; GHADAN COMPANY;
and AHMED LOTFY ZAKARYA COMPANY,

DEFENDANT(S).

## MOTION TO DEPOSIT INVESTED FUNDS WITH THE COURT

Pursuant to Rule 67 of the Federal Rules of Civil Procedure, the _Plaintiff_____ moves the Court for an order authorizing the deposit into the Registry of the court in the amount of $ _400,000.00_____ which represents _interpleader funds at issue in this proceeding._____

The Clerk is hereby Ordered to deposit the funds in a money market account or other instrument, due to _____ at the prevailing rate of interest at a federally approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the court. Said fee is authorized by the Judicial Conference of the United States.

Dated this _03_ day of _____October_____, _2011_ .

_____
(Attorney Signature)

(Rev. 6/00)