IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SCOTWOOD INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | 2:11-cv-02542-CM-KGG |
| MICHIGAN SALT PRODUCTS, LLC; | ) | |
| E.C.O., S.P.R.L.; GHADAN COMPANY; | ) | |
| and AHMED LOTFY ZAKARYA COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION
## TO DISMISS COMPLAINT AND CROSS-CLAIMS
## AS TO DEFENDANT E.C.O., S.P.R.L., WITHOUT PREJUDICE

COME NOW Plaintiff Scotwood Industries, Inc. ("Scotwood") and Defendants Michigan Salt Products, LLC ("Michigan Salt"), Ghadan Company ("Ghadan"), and Ahmed Lotfy Zakarya ("Zakarya") by and through their respective counsel, and jointly move the Court to dismiss without prejudice the Complaint in Interpleader and all Cross-Claims in this action as to E.C.O., S.P.R.L. ("E.C.O."). In support of their motion, the parties respectfully inform the Court as follows:

1. This motion is made jointly by Plaintiff and all Defendants that have appeared in this matter.

2. Upon information and belief, E.C.O. is a corporation organized pursuant to the laws of Belgium, with a principal place of business at 31 Rue Morimont, 5330 Sart-Bernard, Belgium.

3. The Summons for Defendant, E.C.O., S.P.R.L. was issued by the Clerk of the Court on October 28, 2011.

1

4. For almost one year, with the approval of the Court, the parties have diligently, but unsuccessfully, sought to obtain service of process on E.C.O. under the Hague Convention.[1] See, Doc. 8, 13, 14, 15 and 16.

5. Counsel for Scotwood has been advised by the company that was appointed to accomplish Hague Convention service of process, Civil Action Group, Ltd., d/b/a APS International, Ltd., as follows: (1) that after the necessary translations were prepared, all required documents, translations and requests were delivered to the Belgium Central Authority on January 5, 2012; (2) that all documents were resubmitted to the Belgium Central Authority on May 21, 2012; (3) that on July 3, 2012, a letter was received from the Belgium Central Authority acknowledging receipt of both the original submission and the resubmission and indicating that the original submission package had been forwarded to the local bailiff on January 19, 2012, for service on E.C.O.; (4) that as of September 17, 2012 service had not been perfected and returned by the Belgium Central Authority; and (5) that in the event a response from the Belgium Central authority were received in the future it would be forwarded to counsel. Counsel has not received any such response as of the date of this motion.

6. Under the circumstances, further delay in the resolution of this interpleader action is not warranted, and the parties that are presently before the Court will be prejudiced by such delay.

WHEREFORE, Scotwood, Michigan Salt, Ghadan, and Zakarya respectfully request this Court to enter an order, dismissing this action, including all cross-claims, as to Defendant, E.C.O., S.P.R.L., without prejudice.

---

[1] Service of legal documents abroad is governed by the provisions of the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (20 U.S.T. 361; 658 U.N.T.S. 163, T.I.A.S. No. 6638; 28 U.S.C.A.).

Respectfully submitted,

DYSART TAYLOR COTTER
McMONIGLE & MONTEMORE, P.C.


/s/ Kenneth R. Hoffman
Kenneth R. Hoffman, Esquire
District of Kansas Reg. No. 78205
4420 Madison Avenue, Suite 200
Kansas City, MO 64111
Tel.: (816) 931-2700
Fax: (816) 931-7377
E-mail: KHoffman@DysartTaylor.com
ATTORNEYS FOR PLAINTIFF
SCOTWOOD INDUSTRIES, INC.


WHITEMAN OSTERMAN & HANNA LLP


/s/ Jean F. Gerbini
Jean F. Gerbini
Pro Hac Vice
One Commerce Plaza
Albany, NY 12260
518-487-7600
518-487-7777 (fax)
jgerbini@woh.com


MARTIN, PRINGLE, OLIVER, WALLACE &
BAUER, LLP

/s/ Thomas A. Hamill
Thomas A. Hamill         KS #06554
David A. Jack            KS #24878
6900 College Boulevard, Suite 700
Overland Park, KS 66211
913-491-5500
913-491-3341 (fax)
tahamill@martinpringle.com
dajack@martinpringle.com

ATTORNEYS FOR DEFENDANT
MICHIGAN SALT PRODUCTS, LLC

/s/ Jerome J. Reitano
Jerome J. Reitano
Pro Hac Vice
PO Box 534
Wayne, PA 19087
215-864-9800
610-688-4130 (fax)
jreitanolaw@aol.com


SCHLEE, HUBER, McMULLEN & KRAUSE, PC


/s/ Truman K. Eldridge, Jr.
Truman K. Eldridge, Jr.         (D. Kan. #70057)
4050 Pennsylvania, Suite 300
P.O. Box 32430
Kansas City, MO 64171-5430
816-931-3500 ext 2522
816-931-3553 (fax)
teldridge@schleehuber.com

ATTORNEY FOR DEFENDANTS
GHADAN COMPANY
AHMED LOTFY ZAKARYA COMPANY