IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SCOTWOOD INDUSTRIES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHIGAN SALT PRODUCTS, LLC; )<br>GHADAN COMPANY; and )<br>AHMED LOTFY ZAKARYA COMPANY, )<br>)<br>Defendants. ) | Case No. 2:11-cv-02542-CM-KGG |

## JOINT MOTION FOR DISBURSEMENT OF THE INTERPLEADER FUND AND DISMISSAL OF THE ACTION UPON SETTLEMENT

COME NOW Defendants Michigan Salt Products, LLC ("Michigan Salt"), Ghadan Company ("Ghadan") and Ahmed Lotfy Zakarya Company ("Zakarya"), by and through their respective counsel, and jointly move the Court, pursuant to 28 U.S.C. §§1335, 2041 and 2042, Fed. R. Civ. P. 22 and 67(b) and D. Kan. Rule 67.1(d), to disburse the funds remaining on deposit in the Registry of the Court and to dismiss this action with prejudice and without costs. In support of their motion, the parties respectfully inform the Court as follows:

1. The parties appeared on February 20, 2013 before a mutually-agreeable neutral mediator, and reached agreement to settle this action, subject to execution of a written settlement agreement and subject to this Court's disbursement to them of the sums remaining on deposit in the Court's registry ("Interpleader Fund") and dismissal of this action with prejudice and without costs to any party.

2. The parties subsequently executed a settlement agreement.

3. Pursuant to the terms of their settlement agreement, the parties respectfully move the Court for the following:

4. That Michigan, Ghadan and Zakarya be dismissed and discharged from this interpleader action with prejudice and without costs to any party;

5. That the Clerk of this Court pay to Ghadan and Michigan Salt the following sums out of the deposit previously made by Plaintiff into the Registry of this Court:

    a. $140,250.00 to Ghadan; and

    b. $237,250.00 to Michigan Salt.

6. That the Clerk of the Court pay to Ghadan and Michigan Salt the income earned on the foregoing deposit, less the Court's charge pursuant to D. Kan. Rule 67.1, in the following proportions:

    a. 37% to Ghadan; and

    b. 63% to Michigan Salt.

7. That the Clerk of the Court make the checks for disbursements under paragraphs 5 and 6 of this motion payable to the order of Ghadan and Michigan Salt, respectively, and to their respective counsel as follows:

    a. Ghadan's disbursement: Pay to the Order of Ghadan Company and Jerome J. Reitano, Esq.; and

    b. Michigan Salt's disbursement: Pay to the Order of Michigan Salt Products, LLC and Whiteman Osterman & Hanna LLP.

Respectfully submitted,


/s/ Jean F. Gerbini
Pro Hac Vice
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260
518-487-7600
518-487-7777 (fax)
jgerbini@woh.com
ATTORNEYS FOR DEFENDANT
MICHIGAN SALT PRODUCTS, LLC

/s/ Thomas A. Hamill
Martin, Pringle, Oliver, Wallace & Bauer, LLP
6900 College Blvd., Suite 700
Overland Park, Kansas 66212
(913) 491-5500
(913) 491-3341 (fax)
tahamill@martinpringle.com
ATTORNEYS FOR DEFENDANT
MICHIGAN SALT PRODUCTS, LLC

/s/ Jerome J. Reitano
Jerome J. Reitano
Pro Hac Vice
PO Box 534
Wayne, PA 19087
215-864-9800
610-688-4130 (fax)
jreitanolaw@aol.com
ATTORNEY FOR DEFENDANTS
GHADAN COMPANY AND
AHMED LOTFY ZAKARYA COMPANY

/s/ Truman K. Eldridge, Jr.
Schlee, Huber, McMullen & Krause, PC
4050 Pennsylvania, Suite 300
PO Box 32430
Kansas City, MO 64171-5430
(816) 360-2522
(816) 931-3553 (fax)
teldridge@schleehuber.com
ATTORNEY FOR DEFENDANTS
GHADAN COMPANY AND
AHMED LOTFY ZAKARYA COMPANY