# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SCOTWOOD INDUSTRIES, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:11-cv-02542-CM-KGG ) |
| MICHIGAN SALT PRODUCTS, LLC; GHADAN COMPANY; and AHMED LOTFY ZAKARYA COMPANY, | ) ) ) ) |
| Defendants. | ) |

## ORDER DISBURSING INTERPLEADER FUND AND DISMISSING ACTION

This Cause coming on to be heard upon the Defendants' Joint motion for Disbursement of Interpleader Fund and Dismissal of the Action, and the Court having considered the same, together with the Complaint in Interpleader, the Answers and Cross-Claims of the Defendants Michigan Salt Products, LLC ("Michigan Salt"), Ghadan Company ("Ghadan") and Ahmed Lotfy Zakarya Company ("Zakarya"), and the pleadings and papers referred to herein, and being fully advised in the premises finds:

1. Plaintiff, Scotwood Industries, Inc., at all times has been a corporation organized and existing under the laws of the State of Kansas, residing and having its principal place of business in the State of Kansas.

2. Defendant Michigan Salt Products, LLC is a resident and citizen of the State of Michigan, and is deemed a resident of the State of Kansas for interpleader venue purposes by virtue of the Purchase Contract involved in this matter as referenced below.

3. Defendant Ghadan Company is a resident of the Arab Republic of Egypt.

4. Defendant Ahmed Lotfy Zakarya Company is a resident of the Arab Republic of Egypt.

5. On or about April 14, 2011, Plaintiff, Scotwood Industries, Inc. ("Scotwood") entered into a contract with Michigan Salt for the purchase and sale of 32,000 metric tons (plus or minus 10%) of salt in bulk, to be delivered by May 30, 2011, by ocean-going vessel arranged by Michigan Salt from Damietta, Egypt to the Port of Coeymans, Coeymans, New York, USA, at a price of $67.75 per metric ton.

6. Through E.C.O., S.P.R.L., a trading company intermediary in Belgium, Michigan Salt acquired 29,350 metric tons of salt from Ghadan in Damietta, Egypt, in order to fulfill the Purchase Contract (the aforementioned transactions between and among Scotwood, Michigan Salt, E.C.O., S.P.R.L. and Ghadan concerning the purchase and sale of said salt in bulk are referred to hereinafter collectively as the "Transaction");

7. A dispute arose among Michigan Salt, E.C.O. S.P.R.L. and Ghadan regarding which of them is, or may be, legally entitled to payment of all or part of the remaining $400,000.00 of Scotwood's purchase contract price for the salt, and their claims were conflicting and adverse.

8. Scotwood could not know or ascertain to whom the remaining part of the $400,000.00 of the purchase contract price of the salt should be paid, and accordingly filed its Complaint in Interpleader in this Court and deposited the sum of $400,000.00 ("Interpleader Fund") into the registry of the Court as the disinterested stakeholder.

9. This Court has jurisdiction over the parties and the subject matter of this proceeding pursuant to 28 U.S.C. §§, 1332, 1335, and 2361, and Fed. R. Civ. P. 22.

10. Venue is proper in this Court pursuant to 28 U.S.C. § 1397.

11. The parties have filed answers and cross-claims in this action asserting their respective claims to the Interpleader Fund.

12. Upon joint motion of Scotwood, Michigan Salt, Ghadan and Zakarya, this Court dismissed E.C.O., S.P.R.L. as an interpleader Defendant by Order dated November 20, 2012.

13. Upon unopposed motion by Scotwood, Scotwood has been discharged as a party to this action and has been disbursed the sum of $22,500 from the Interpleader Fund at the direction of the Court by Order dated November 20, 2012.

14. Michigan Salt, Ghadan and Zakarya have entered into an agreement to settle their claims to the Interpleader Fund.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. That the Defendants' Joint Motion for Disbursement of the Interpleader Fund and Dismissal of the Action is hereby granted;

2. That this action is hereby dismissed as against Michigan Salt, Ghadan and Zakarya, being the remaining parties to this action, with prejudice and without costs to any party;

3. That the Clerk of this Court shall pay to Ghadan and Michigan Salt the following sums out of the deposit previously made by Plaintiff into the Registry of this Court:

    a. $140,250.00 to Ghadan; and

    b. $237,250.00 to Michigan Salt.

4. That the Clerk of the Court pay to Ghadan and Michigan Salt the income earned on the foregoing deposit, less the Court's charge pursuant to D. Kan. Rule 67.1, in the following proportions:

    a. 37% to Ghadan; and

    b. 63% to Michigan Salt.

5. That the Clerk of the Court make the checks for disbursements under paragraphs 3 and 4 of this Order payable to the order of Ghadan and Michigan Salt, respectively, and to their respective counsel as follows:

a. Ghadan's disbursement: Pay to the Order of Ghadan Company and Jerome J. Reitano, Esq.; and

b. Michigan Salt's disbursement: Pay to the Order of Michigan Salt Products, LLC and Whiteman Osterman & Hanna LLP.

Signed: May 15, 2013               s/ Carlos Murguia
                                   United States District Judge


APPROVED AS TO FORM AND SUBSTANCE BY:

/s/ Jean F. Gerbini
Pro Hac Vice
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260
518-487-7600
518-487-7777 (fax)
jgerbini@woh.com
ATTORNEYS FOR DEFENDANT
MICHIGAN SALT PRODUCTS, LLC

/s/ Thomas A. Hamill
Martin, Pringle, Oliver, Wallace & Bauer, LLP
6900 College Blvd., Suite 700
Overland Park, Kansas 66212
(913) 491-5500
(913) 491-3341 (fax)
tahamill@martinpringle.com
ATTORNEYS FOR DEFENDANT
MICHIGAN SALT PRODUCTS, LLC

/s/ Jerome J. Reitano
Jerome J. Reitano
Pro Hac Vice
PO Box534
Wayne, PA 19087
215-864-9800
610-688-4130 (fax)
jreitanolaw@aol.com
ATTORNEY FOR DEFENDANTS
GHADAN COMPANY AND
AHMED LOTFY ZAKARYA COMPANY


/s/ Truman K. Eldridge, Jr.
Schlee, Huber, McMullen & Krause, PC
4050 Pennsylvania, Suite 300
PO Box 32430
Kansas City, MO 64171-5430
(816) 360-2522
(816) 931-3553 (fax)
teldridge@schleehuber.com
ATTORNEY FOR DEFENDANTS
GHADAN COMPANY AND
AHMED LOTFY ZAKARYA COMPANY